**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AZIZBEK SUPANALIEV, DINARA KANAT KYZY, ATAI SUPANALIEV

vs. CASE NO. 3:26-cv-2225-JEP-SJH

ACTING SCRETARY MARKWAYNE MULLIN, *U.S. Department of Homeland Security, in his official capacity,* DIRECTOR JOSEPH B. EDLOW, *U.S. Citizenship and Immigration Services, in his official capacity*, TODD BLANCHE, *Acting Attorney General of the United States, in his official capacity,* GREGORY W. KEHOE, *United States Attorney for the Middle District of Florida, in his official capacity*

---

**ORDER OF REFERENCE**

This case is hereby referred to the assigned Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on any dispositive motions.

**ORDERED:**

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of September, 2026.

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

tl
Copies:
Counsel of Record
U.S. Probation